

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

#### NO. 02-12-00401-CV

ANDREW GOODFRIEND                                          APPELLANT

V.

TODD A. MEAGHER & MARILYN D.                              APPELLEES
GARNER, TRUSTEE FOR THE
BANKRUPTCY ESTATE OF TODD
ENTERTAINMENT, LLC

------------

## FROM THE 67TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Unopposed Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DELIVERED: March 21, 2013

---

[1]*See* Tex. R. App. P. 47.4.